

# Notice of Service of Process

**KSB / ALL**
**Transmittal Number: 27430127**
**Date Processed: 08/09/2023**

| | |
|---|---|
| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| Entity: | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| Entity Served: | State Farm Fire and Casualty Company |
| Title of Action: | Said Ismail vs. State Farm Fire and Casualty Company |
| Matter Name/ID: | Said Ismail vs. State Farm Fire and Casualty Company (14441919) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | East Baton Rouge Parish District Court, LA |
| Case/Reference No: | C-735163 30 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 08/08/2023 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | Secretary Of State |
| How Served: | Certified Mail |
| Sender Information: | Hair Shunnarah Trial Attorneys, LLC d/b/a Insurance Claim HQ d/b/a Insurance Claim Lawyers, Inc.<br>504-267-1736 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# State of Louisiana
# Secretary of State

08/07/2023

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 735163
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

SAID ISMAIL
vs
STATE FARM FIRE & CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 08/04/2023
Title: DEPUTY SHERIFF

No: 1293646



KC

# SERVICE COPY



D11922747

# CITATION

**SAID ISMAIL**
(Plaintiff)

NUMBER C-735163 "30"

**VS**

**19TH JUDICIAL DISTRICT COURT**

**STATE FARM FIRE AND CASUALTY COMPANY**
(Defendant)

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:** STATE FARM FIRE AND CASUALTY COMPANY
THROUGH ITS AGENT FOR SERVICE
THE LOUISIANA SECRETARY OF STATE

SERVED ON
R. KYLE ARDOIN

AUG 04 2023

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 31, 2023.**



*Kaelah R. Burgess*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney:** DUNN, ALEX S., JR
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE: $_____
MILEAGE $_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED

AUG 02 2023

EBR SHERIFF'S OFFICE

EAST BATON ROUGE PARISH
Filed Jul 28, 2023 2:59 PM
Deputy Clerk of Court
E-File Received Jul 28, 2023 11:05 AM

C-735163
30

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
## STATE OF LOUISIANA

NO. _____                                                             DIV. _____

**SAID ISMAIL**

**VERSUS**

**STATE FARM FIRE AND CASUALTY COMPANY**

FILED: _____         _____
                                                                          **DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Said Ismail (hereinafter "Petitioner"), and files his Petition against Defendant, State Farm Fire and Casualty Company (hereinafter "Defendant" or "State Farm"), respectfully averring as follows:

**1.**

Made Plaintiff herein is **SAID ISMAIL**, an adult resident of the Parish of East Baton Rouge, State of Louisiana.

**2.**

Made Defendant herein **STATE FARM FIRE AND CASUALTY COMPANY**, an Illinois insurance company authorized to do and doing business in the State of Louisiana and the Parish of East Baton Rouge, which may be served through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

Certified True and
Correct Copy
CertID: 2023073100605

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Said Ismail v. State Farm
Fire and Casualty Company

Exhibit A
4

## II. JURISDICTION AND VENUE

**3.**

Jurisdiction is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure, Article 2.

**4.**

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 42 and 23.

## III. RELEVANT FACTS

**5.**

At all times relevant hereto, Petitioner owned the property located at 11211 Highland Rd Baton Rouge, Louisiana 70810 (the "Property").

**6.**

At all times relevant hereto, Defendant provided a policy of insurance, number 18EP51476 (the "Policy"), to Petitioner, which covered the Property against perils including wind and hail and provided the following coverages: $901,400 for Dwelling, $90,140 for Other Structures, $676,050 for Personal Property, and $270,420 for Loss of Use; *inter alia*.

**7.**

On or around May 13, 2022, a wind and hailstorm caused significant damage to Petitioner's Property in East Baton Rouge Parish.

**8.**

Petitioner promptly reported the loss to Defendant, who assigned it claim number 1843J026M (the "Claim").

**Certified True and Correct Copy**
CertID: 2023073100605

*Kaelah Burgess*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Said Ismail v. State Farm
Fire and Casualty Company

Exhibit A
5

**9.**

As soon as practicable, at his own expense the Petitioner took steps to mitigate the damage to his home to the best of his ability under the circumstances.

**10.**

On or about December 22, 2022, an adjuster from Exact Building Consultants (EBC) inspected the Property on behalf of Petitioner and documented $65,273.75 in damages to the dwelling.

**11.**

Soon thereafter on or about January 3, 2023, Jennifer Armstrong an adjuster from State Farm inspected the property and documented a mere $753.36 in damages to Petitioners home, and after calculating depreciation and applying the policy's deductible Petitioner was not allowed anything for his substantial covered loss.

**12.**

This inspection of the Property constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

**13.**

On or about January 3, 2023, State Farm sent a letter to Petitioner which indicated that according to their estimate the damage was below the $9,014 deductible and that no payments would be forthcoming for this loss.

**14.**

3 of 10



**Certified True and Correct Copy**
CertID: 2023073100605

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

On or about May 9, 2023, Petitioner sent State Farm a demand for payment to properly repair the property as well as proof of a covered loss by way of the EBC inspection on December 22, 2022, which showed damages in excess of those estimated by State Farm.

**15.**

This submission constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

**16.**

On or about May 22, 2023, State Farm acknowledged Petitioners demand, yet did not honor the demand for additional payments because based on their inspection a full roof replacement was not warranted.

**17.**

To date, no insurance proceeds have been forthcoming.

**18.**

As a result of Defendant's failure to timely and adequately compensate Petitioner for his substantial and covered losses, the Property remains in a state of disrepair.

**19.**

As a result of Defendant's failure to timely and adequately compensate Petitioner for his substantial and covered losses, he was forced to incur the expense of retaining counsel and other expenses to prosecute his claim.

**20.**

4 of 10


**Certified True and Correct Copy**
CertID: 2023073100605

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Upon information and belief, Defendant's failure to timely and adequately compensate Petitioner for his loss, after receiving satisfactory proof of loss, was purposeful or at least negligent.

**21.**

Upon information and belief, Defendant purposely and/ or negligently misrepresented to Petitioner the terms and conditions of the Policy.

**22.**

Upon information and belief, Defendant conducted the investigation and claims handling for Petitioner's claims in bad faith, as that term is used in conjunction with Louisiana's bad faith statutes, La. R.S. §§ 22:1892 and 22:1973.

**23.**

Upon information and belief, Defendant manipulated its pricing software to artificially suppress the cost of repairs below market value.

**24.**

Upon information and belief, Defendant purposely or at least negligently failed to include adequate overhead and profit in its estimate of damages.

**25.**

Petitioner has incurred or will incur additional expenses in repairing the Property as a result of Defendant's failure to timely compensate him for his substantial and covered losses.

**26.**

Petitioner has incurred or will incur professional expenses, including attorney's fees, to determine that Defendant wrongfully failed to adequately/ timely pay on their claims under the

5 of 10


**Certified True and Correct Copy**
CertID: 2023073100605

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Policy.

## IV. CAUSES OF ACTION

### A. Breach of the Insurance Contract

**27.**

Petitioner realleges and re-avers the allegations contained in the above paragraphs, as if restated herein.

**28.**

Despite having adequate proof of loss, Defendant failed to timely tender adequate funds under the Policy.

**29.**

An insurance contract, the Policy, exists between Petitioner and Defendant.

**30.**

By purposely and/ or negligently failing to timely tender undisputed insurance proceeds, Defendant breached the insurance contract.

**31.**

By purposely and/ or negligently misrepresenting to Petitioner the terms and conditions of the relevant Policy, Defendant breached the insurance contract.

**32.**

By conducting the investigation and claims handling in bad faith, Defendant breached the insurance contract.

6 of 10



**Certified True and Correct Copy**
CertID: 2023073100605

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**33.**

By failing to adequately compensate Petitioner for damages to the Property, as required by the Policy, Defendant breached the insurance contract.

**34.**

Petitioner has suffered and continues to suffer damages as a result of these breaches of the insurance contract.

### B. Bad Faith

**35.**

Petitioner realleges and re-avers the allegations contained in the above paragraphs as if restated herein.

**36.**

The actions and/ or inactions of Defendant in failing to adequately compensate Petitioner for the covered losses under the Policy were arbitrary, capricious, and without probable cause—as those terms are used in conjunction with La. R.S. §§ 22:1892 and 22:1973, making Defendant liable for statutory bad faith penalties.

**37.**

Under La. R.S. § 22:1973, an insurer owes a good faith duty and fair dealing to an insured and has an affirmative duty to adjust claims fairly and promptly; failing to pay a claim in a manner arbitrary, capricious, or without probable cause is in violation of La. R.S. § 22:1973.

**38.**

"[F]ailing to pay the amount of any claim due any person insured by the contract within sixty days after receipt of satisfactory proof of loss from the claimant when such failure is arbitrary, capricious, or without probable cause" is considered "bad faith" and is in violation of

7 of 10

**Certified True and Correct Copy**
CertID: 2023073100605


East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

La. R.S. § 22:1973.

**39.**

La. R.S. § 22:1892 imposes bad faith penalties on insurers who fail to adequately pay claims following satisfactory proof of loss within thirty (30) days.

**40.**

Defendant is in violation of La. R.S. §§ 22:1973 and 22:1892 for failing to provide Petitioner adequate payment in connection with their damages, despite having received satisfactory proof of loss following its own inspection(s) of the Property and following receipt of independent proofs of loss from Petitioners.

**41.**

Defendant's misrepresentation of the terms of the Policy was in bad faith.

**42.**

Defendant's failure to pay timely for damages it knew, or should have known, existed at the time of the initial adjustment of the relevant claim(s) was in bad faith.

**43.**

Defendant's handling of Petitioner's claim was in bad faith.

### V. DAMAGES

**44.**

Petitioner realleges and re-avers the allegations contained in paragraphs above, as if restated herein.

**45.**

8 of 10


**Certified True and Correct Copy**
CertID: 2023073100605

*Kaelah Burgess*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

As a result of Defendant's breaches of contract, bad faith claims adjusting, and other bad acts, Petitioner has incurred the following, non-exclusive, damages:

  a. Diminution of the value of the Property;
  b. Actual repair costs;
  c. Reimbursement for personal repairs/ mitigation at the Property;
  d. Actual costs related to personal property manipulation, cleaning, repair, and/ or replacement;
  e. Additional living expenses;
  f. Mental anguish;
  g. Penalties delineated in La. R.S. §§ 22:1892 and 22:1973; and
  h. Attorney's fees, other professional fees, and litigation costs associated with the bringing of this action.

**46.**

Petitioner requests a trial by jury.

**47.**

**WHEREFORE**, Petitioner, Said Ismail, prays that Defendant, State Farm Fire and Casualty Company, be served with a copy of this Petition and be duly cited to appear and answer the allegations contained therein, and that after expiration of all legal delays and proper legal proceedings, there be a judgment entered in favor of Petitioner, Said Ismail, and against Defendant, State Farm Fire and Casualty Company, in an amount that will fully and fairly compensate Petitioner pursuant to the evidence and in accordance with the law, all sums with legal interest thereon, from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

9 of 10

**Certified True and Correct Copy**
CertID: 2023073100605



East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**RESPECTFULLY SUBMITTED:**

_____
Galen M. Hair, La. Bar. No. 32865
Alex Dunn La. Bar No. 33542
**HAIR SHUNNARAH TRIAL
ATTORNEYS, LLC.
d/b/a INSURANCE CLAIM HQ
d/b/a INSURANCE CLAIM
LAWYERS, INC.**
3540 S. I-10 Service Rd., W, Ste. 300
Metairie, Louisiana 70001
Telephone: 504.267.1736
hair@hstalaw.com
adunn@hstalaw.com

**Please Serve:**

**State Farm Fire and Casualty**
*Through its Registered Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Ave.,
Baton Rouge, LA 70809

10 of 10



**Certified True and
Correct Copy**
CertID: 2023073100605



East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/31/2023 3:28 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

KYLE ARDOIN
ETARY OF STATE
O. BOX 94125
OUGE, LA 70804-9125





9489 0090 0027 6533 0324 60



FIRST CLASS

US POSTAGE us PITNEY BOWES

ZIP 70802 $ 015.50⁰
02 4W
0000382768 AUG 07 2023

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921